07 C 50215

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 50051 - 01 | **DATE** | 11/2/2007 |
| **CASE TITLE** | U.S.A. vs. GARY HOWARD | | |

**DOCKET ENTRY TEXT:**

Gary Howard, a federal prisoner, filed a motion pursuant to Fed.R.Civ.P. 52(b) under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the motion under a new civil case number.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|