## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50215 | **DATE** | 11/2/2007 |
| **CASE TITLE** | U.S.A. vs. Gary Howard | | |

**DOCKET ENTRY TEXT:**

Gary Howard, a federal prisoner, filed a motion pursuant to Fed.R.Civ.P. 52(b) which, despite its label, seeks relief in the nature of a motion under 28 U.S.C. § 2255. Thus, the court treats it as such and dismisses it for lack of jurisdiction as it is a successive §2255 motion for which Howard needs prior authorization from the Court of Appeals. See United States v. Carraway, 478 F.3d 845, 849-50 (7th Cir. 2007).

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|