# United States District Court
## Northern District of Illinois
### Western Division

United States of America**JUDGMENT IN A CIVIL CASE**

v.Case Number: 07 C 50215

Gary Howard

☐Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that

Gary Howard, a federal prisoner, filed a motion pursuant to Fed.R.Civ.P.52(b) which, despite its label, seeks relief in the nature of a motion under 28 U.S.C. § 2255. Thus, the court treats it as such and dismisses it for lack of jurisdiction as it is a successive §2255 motion for which Howard needs prior authorization from the Court of Appeals. See United States v. Carraway, 478 F.3d 845, 849-50 (7th Cir. 2007).

Michael W. Dobbins, Clerk of Court

Date: 11/2/2007

/s/ Jennifer Titak, Deputy Clerk